IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| ANTHONY HERRINGTON, a/k/a Anthony Lamar Kitchens, | ) ) ) |
| Petitioner-Appellant, | ) ) |
| vs. | ) ) ) |
| COMMISSIONER, GEORGIA DEPARTMENT OF CORRECTIONS, | ) ) ) |
| Respondent-Appellee. | ) ) |

Case No.: CV 120-052

Appeal No.: 21-10309

## ORDER

The motion of appellant for a certificate of appealability having been denied and the motion of appellant for leave to proceed *in forma pauperis* having been denied as moot in the above-styled action by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the mandate of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this 20th day of January 2022.

_____
HONORABLE J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA